**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00987-CV**

**IN THE INTEREST OF B.L.Z.P., J.D, JR., AND J.D., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-09241**

**ORDER**

Before the Court is appellants' February 11, 2022 motion to abate the appeal to allow for the filing of a supplemental clerk's record containing a copy of the trial court's findings of fact and conclusions of law or, if findings and conclusions have not been filed, to allow the trial court an opportunity to file them. Because the trial court's docket sheet included in the clerk's record reflects findings and conclusions were filed November 18, 2021, we **GRANT** the motion to the extent we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than February 24, 2022, a supplemental clerk's record containing a copy of the trial

court's findings of fact and conclusions of law.  We **EXTEND THE DEADLINE** for filing appellants' brief to March 7, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE